## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 20th day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA HAND DELIVERY

Kathleen Campbell Davis, Esquire
*Campbell & Levine, LLC*
800 North King Street, Suite 300
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)

617825v1

3